UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**JAMES GIARDINA,**

                **Plaintiff,**

vs.                              CASE NO.: **8:14-cv-00282-JSM-TGW**

**GE CAPITAL RETAIL BANK**
a national banking association,

                **Defendant.**
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, JAMES GIARDINA ("Plaintiff"), and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, JAMES GIARDINA, and Defendant, GE CAPITAL RETAIL BANK, and that they anticipate the filing of a Joint Dismissal With Prejudice of all claims against GE CAPITAL RETAIL BANK in the above-captioned suit.

Respectfully submitted this 4th day of June, 2014.

                                            /s/ James. S. Giardina
                                            JAMES S. GIARDINA
                                            Fla. Bar. No. 0942421
                                            THE CONSUMER RIGHTS LAW GROUP, PLLC
                                            3104 W Waters Avenue, Suite 200
                                            Tampa, Florida 33614-2877
                                            Tel: (813) 435-5055 ext 101
                                            Fax: (866) 535-7199
                                            *James@ConsumerRightsLawGroup.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document is being served on this 4th day of June 2014 on Attorney for Defendant, Mr. Marc T. Parrino, Esq., LIEBLER, GONZALEZ & PORTUONDO, Courthouse Tower – 25th Floor, 44 West Flagler Street, Miami, FL 33130 via US mail with a Courtesy Copy via electronic mail to mtp@lgplaw.com.

/s/ James. S. Giardina
JAMES S. GIARDINA
Fla. Bar. No. 0942421
THE CONSUMER RIGHTS LAW GROUP, PLLC
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*James@ConsumerRightsLawGroup.com*